UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA TABLE TENNIS, et al., Plaintiffs, v. NATIONAL BASKETBALL COURTS, et al., Defendants. | Case No. 18-cv-00319-DMR<br><br>**ORDER TO SHOW CAUSE** |
|---|---|

On October 19, 2018, Plaintiffs filed a motion for default judgment as to Defendant NB Courts. [Docket No. 25.] On December 18, 2018, the court ordered supplemental briefing, due no later than January 18, 2019. [Docket No. 35.] As of the date of this order, Plaintiffs have not filed supplemental briefing. IT IS HEREBY ORDERED that by January 30, 2019, Plaintiffs shall submit a statement explaining why they failed to comply with the court's order, and why their motion should not be denied for failure to prosecute.

If Plaintiffs fail to respond by that date, the court will prepare a report and recommendation recommending that a district judge deny the motion for default judgment.

**Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: January 22, 2019



Donna M. Ryu
United States Magistrate Judge