# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA TABLE TENNIS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL BASKETBALL COURTS, ET AL.,<br><br>Defendants. | CASE NO. 18-cv-00319-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 25, 43 |

The Court has carefully reviewed Magistrate Judge Donna M. Ryu's report and recommendation (Dkt. No. 43 ("Report")) recommending that plaintiffs' motion for default judgment (Dkt. No. 25) be denied and that the complaint be dismissed for lack of subject matter jurisdiction. No party filed an objection. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. Plaintiffs' motion for default judgment is **DENIED**; and

2. The complaint is **DISMISSED** for lack of subject matter jurisdiction.

This Order terminates Docket Numbers 25 and 43.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE